Good morning. The United States Court of Appeals for the Ninth Circuit is now in session. Good morning. This was the time and place that we were to hear Baca-Hernandez versus Blanche. Unfortunately, Counsel for Petitioner Baca-Hernandez has failed to appear despite several notices and phone calls this morning. Mr. Durant, we want to thank you for appearing on behalf of the Department of Justice. We will be issuing an order to show cause that we may be planning to reschedule this argument. And we were thinking about the date of July 30, the exact time to be determined, and we were wondering if that was consistent with your schedule. Your Honor, I believe it is. I don't have my schedule in front of me, so I think it's open, but I'm not certain. But I'll tell you what, if the court wants to hear, I'll be there. I'll be there whenever the court wants to hear me. Thank you. We will be hearing one other case from this calendar that day, so we will be available as a panel. So we thought that would be the best day. Oh, July 30th? Oh, yes, Your Honor. Probably around 10 in the morning, our time, 1, your time. I'll be there. Okay, thank you. Yes, ma'am. And we appreciate your appearing today and regret that we cannot hear argument. If the Petitioner's Council doesn't appear or won't appear on July 30, we'll take the case under submission. Yes, Your Honor. All right. Well, thank you again for your time. Yes, ma'am. Thank you. And I can go now, shut off everything. We're good to go. Yeah, I'm going to say the session of the court is adjourned. Thank you, Your Honor. All right, thank you. This court for this session stands adjourned.
judges: WARDLAW, OWENS, ALBA